# IN THE COURT OF APPEALS OF IOWA

No. 16-0186
Filed January 11, 2017

**STATE OF IOWA,**
        Plaintiff-Appellee,

**vs.**

**FRANCISCO M. VILLA,**
        Defendant-Appellant.
_____

Appeal from the Iowa District Court for Marshall County, John J. Haney, Judge.

Defendant appeals district court's denial of his motion to correct illegal sentence. **AFFIRMED.**

Chad R. Frese and C. Aron Vaughn of Kaplan & Frese, LLP, Marshalltown, for appellant.

Thomas J. Miller, Attorney General, and Thomas J. Ogden, Assistant Attorney General, for appellee.

Considered by Tabor, P.J., Bower, J., and Scott, S.J.*

*Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2017).

**SCOTT, Senior Judge.**

In 1999, Francisco Villa, then a minor, was charged with second-degree sexual abuse, in violation of Iowa Code sections 709.1 and 709.3 (1999). Villa pled guilty. His sentence included an obligation to register as a sex offender pursuant to section 692A.103. In 2015, Villa challenged that requirement by filing a motion to correct an illegal sentence. The district court denied the motion. Villa now appeals.

Villa claims the registration requirement imposed upon him as a juvenile sex offender constitutes cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution and article I, section 17 of the Iowa Constitution. *See* U.S. Const. amend. VIII; Iowa Const. art. I, § 17. Our review is de novo. *See State v. Ragland*, 836 N.W.2d 107, 113 (Iowa 2013).

We were presented with an identical challenge in *State v Graham*, No. 15-1464, 2016 WL 3556539, at *6–7 (Iowa Ct. App. June 29, 2016). There we held mandatory lifetime sex offender registration is not cruel and unusual punishment. See *Graham*, 2016 WL 3556539, at *6–7. For the reasons set forth in *Graham*, and because we approve of the reasons and conclusions in the district court's order and a full opinion would not augment or clarify existing case law, we affirm without further opinion. *See* Iowa Ct. R. 21.26(1)(d), (e).

**AFFIRMED.**